Dismissed and Memorandum Opinion filed December 20, 2007








Dismissed
and Memorandum Opinion filed December 20, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00197-CV

____________

 

LEONARD SHARP,
Appellant

 

V.

 

BRUCE BADGER & ASSOCIATES, Appellee

 



 

On Appeal from the 270th
District Court

Harris County, Texas

Trial Court Cause No.
2005-53640

 



 

M E M O R
A N D U M  O P I N I O N

This
appeal is from a judgment signed September 5, 2006.  The clerk=s record was filed on June 22, 2007. 
No reporter=s record was taken.  No brief was filed.

On
October 25, 2007, this Court issued an order stating that unless appellant
submitted his brief, together with a motion reasonably explaining why the brief
was late, on or before November 26, 2007, the Court would dismiss the appeal
for want of prosecution.  See Tex.
R. App. P. 42.3(b).








Appellant filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
December 20, 2007.

Panel consists of Justices Yates, Fowler, and Guzman.